UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEBORAH ANN RAMOS** | Case Number 2:14-cv-00366-LDW-WDW |
| Plaintiff | |
| vs. | |
| **GC SERVICES, LP** | |
| Defendant | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, DEBORAH RAMOS, and the defendant, GC SERVICES, LP, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.


Vullings Law Group, LLC

BY:  /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff


Hinshaw & Cullbertson LLP

BY:  /s/ *Concepcion A. Montoya*
Concepcion A. Montoya
Attorney for Defendant