UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH ANN RAMOS <br><br> Plaintiff <br><br> vs. <br><br> GC SERVICES, LP <br><br> Defendant | Case Number 2:14-cv-00366-LDW-WDW <br><br> **FILED** <br> U.S. IN CLERK'S OFFICE <br> DISTRICT COURT E.D.N.Y. <br> ★ APR -7 2014 ★ <br> LONG ISLAND OFFICE |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, DEBORAH RAMOS, and the defendant, GC SERVICES, LP, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
      Brent F. Vullings, Esquire
      Attorney for Plaintiff

Hinshaw & Cullbertson LLP

BY: /s/ *Concepcion A. Montoya*
      Concepcion A. Montoya
      Attorney for Defendant

So ORDERED.

[signature]
Central Islip, NY
4/7/14